In the Matter of the Accounting of ANTHONY DESTEFANO, as Executor of JENNIE S. VAN KORB, Deceased.—

Crapser, Bliss, Heffernan and Schenck, JJ., concur ; Hill, P. J., dissents.